```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

JOSE DE PAZ LOPEZ                                            PLAINTIFF

VS.                              CIVIL ACTION NO. 5:17-cv-18(DCB)(MTP)

M.D. ELLIS J. SALLOUM, ET AL.                               DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation regarding the Complaint of Jose de Paz Lopez, and the Court having adopted the Report and Recommendation as the findings and conclusions of this Court in an Order of even date herewith, and having dismissed the Complaint without prejudice;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the Complaint of Jose de Paz Lopez is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 22nd day of February, 2018.

                                        /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE